CUNNINGHAM *et al. v.* STROM *et al.*

LUMPKIN, J. In *First National Bank of Forsyth* v. *Taylor,* 138 *Ga.* 119 (74 S. E. 783), it was held that "The law embodied in the Civil Code, § 6152, does not in any case authorize delay in tendering to a trial judge a bill of exceptions alleging error in a judgment rendered during a given term, for more than thirty days after the final adjournment of the court for that term." A number of authorities were cited; and a motion to review and overrule three of them was denied.

(*a*) A similar motion is made in the present case, and it is again denied.

(*b*) Under this decision, where, during the August term of the superior court, which adjourned on September 26, a verdict was directed, and a judgment entered, and a bill of exceptions thereto was tendered to the presiding judge on November 5, it was tendered too late; and the writ of error must be dismissed.

*Writ of error dismissed. All the Justices concur, except Beck, J., absent.*
NOVEMBER 13, 1915.

Action of ejectment; from Crisp superior court.

*Max E. Land, Pearson Ellis,* and *Haygood & Cutts,* for plaintiffs in error.

*Little, Powell, Smith & Goldstein* and *Clayton Jones,* contra.